EUGENE J. EGAN (State Bar No. 130108)
PAUL HANNA (State Bar No. 222012)
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 62406999

Attorneys for Defendant
TARGET CORPORATION

**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. MARTINEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation; AMIGO MOBILITY INTERNATIONAL, INC., a Michigan Corporation, and DOES 1 through 100, Inclusive<br><br>Defendants.<br>_____ | CASE NO. CIV12-01195 GW(Ex)<br><br>LASC Case No.: BC 475852<br><br>**ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT**<br><br>Complaint Filed: 12.23.11<br>Trial Date: None |

The Stipulation of Defendants TARGET CORPORATION and AMIGO MOBILITY INTERNATIONAL, INC., and Plaintiff JOHN A. MARTINEZ for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles County Superior Court.

Dated: February 21, 2012

_____
GEORGE H. WU, U.S. DISTRICT JUDGE

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 801 South Figueroa Street, 15th Floor, Los Angeles, California 90017.

On February 16 2012, I served the document described as **[PROPOSED] ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT]** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Michael Loghmana, Esq.<br>Loghmana Law Firm, PLC<br>468 No. Camden Drive, Suite 282D<br>Beverly Hills, CA 90210<br>1999-38449<br>P: 310.860.7442; F: 310.860.7502<br>**Attorney for Plaintiff**<br>**John A. Martinez** | Paul Donsbach, Esq.<br>Jamie Norman, Esq.<br>Litchfield Cavo LLP<br>245 S Los Robles Ave Ste 450<br>Pasadena, CA 91101<br>1999-38449<br>P: 626.683.5070; F: 626.683.1113<br>**Attorney for Defendant**<br>**Amigo Mobility International, Inc.** |

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT COURIER)**: I placed the above-referenced document(s) in (an) envelope(s) designated by the express service carrier (UPS) for overnight delivery, addressed as indicated above. I delivered said UPS envelope to the personnel of our mail room. I am "readily familiar" with the firm's practice of collecting and processing documents intended for UPS overnight delivery. Under that practice, after the document is delivered to the firm's mail room, it is deposited that same day, with delivery fees provided for, in a box or other facility regularly maintained by the express service carrier or is delivered to an authorized courier or driver authorized by the express service carrier to receive documents, for overnight delivery.

☐ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number:

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on February 16, 2012 at Los Angeles, California.

_____
Brenda Leonardo